IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY JULENE NOWELL** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:10cv27-LG-RHW |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Mary Julene Nowell's Motion for Judgment on the Pleadings [10], the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Memorandum Opinion and Order entered herein,

**IT IS ORDERED AND ADJUDGED** that Mary Julene Nowell's Motion for Judgment on the Pleadings [10] is **DENIED**. The final decision of the Commissioner of Social Security denying Nowell's claim for Social Security disability benefits is **AFFIRMED**. The plaintiff's case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2011.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE